**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Frognal Holdings, LLC** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **80-0841095** | |

**4. Debtor's address**

**Principal place of business**

**1610 Everett Mall Way**
**Everett, WA 98208**
Number, Street, City, State & ZIP Code

**Snohomish**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**13500 60th Avenue West Edmonds, WA 98026**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 20-11966-TWD    Doc 1    Filed 07/23/20    Ent. 07/23/20 12:04:37    Pg. 1 of 40

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Frognal Holdings, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 23, 2020**
MM / DD / YYYY

**X /s/ Abdul Latif Lakhani**      **Abdul Latif Lakhani**
Signature of authorized representative of debtor      Printed name

Title    **President of Integral Northwest Corporation, Manager**

**18. Signature of attorney**

**X /s/ Christine M. Tobin-Presser**      Date **July 23, 2020**
Signature of attorney for debtor      MM / DD / YYYY

**Christine M. Tobin-Presser**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone    **(206) 292-2110**      Email address    **ctobin@bskd.com**

**WSBA 27628 WA**
Bar number and State

Fill in this information to identify the case:

Debtor name **Frognal Holdings, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 23, 2020**        X **/s/ Abdul Latif Lakhani**
                                      Signature of individual signing on behalf of debtor

                                      **Abdul Latif Lakhani**
                                      Printed name

                                      **President of Integral Northwest Corporation, Manager**
                                      Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Frognal Holdings, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **16525 Ash Way, LLC 1610 SE Everett Mall Way Everett, WA 98208** | | **Intercompany Payable** | | | | **$207,560.27** |
| **Aero Construction PO Box 295 Snohomish, WA 98291** | | | | | | **$27,799.80** |
| **Associated Earth Sciences, Inc 911 Fifth Ave, Suite 100 Kirkland, WA 98033** | | **Geotechnical Services** | | | | **$78,302.72** |
| **Bill's Blueprint, Inc. 2920 Rockafeller Ave Everett, WA 98201** | | **Printing/Reproductions** | | | | **$3,536.48** |
| **Chicago Title of Washington 1111 Third Avenue, Suite 320 Seattle, WA 98101** | | **ALTA** | | | | **$432.10** |
| **Earth Solutions NW LLC 15365 NE 90th Street, Suite 10 Redmond, WA 98052** | | **Environmental Site Assessment** | | | | **$1,125.00** |
| **Land Technologies 18820 3rd Ave NE Arlington, WA 98223** | | **Engineering/Permitting** | | | | **$200,793.75** |
| **Metron and Associates, Inc. 307 N. Olympic, Suite 205 Arlington, WA 98223** | | **Land Surveying, Mapping, Planning** | | | | **$5,757.50** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **North Peak Associates, LLC 10512 NE 140th St. Kirkland, WA 98034** | | **Survey** | | | | **$5,519.00** |
| **Oseran Hahn, PS 10900 NE Fourth St, Suite 1430 Bellevue, WA 98004** | | **Legal Services** | | | | **$13,928.49** |
| **Paul Jay Landscape Architect 2917 East Division Mount Vernon, WA 98274** | | **Landscape Design** | | | | **$5,040.00** |
| **Perkl Properties, LLC 9725 32nd St SE Lake Stevens, WA 98258** | | **Owners Representative/Pr oject Management** | | | | **$34,853.32** |
| **Robert A. Underhill PC 601 Union Street, Suite 3300 Seattle, WA 98101** | | **Tax Accounting Services** | | | | **$8,346.25** |
| **S.A. Newman Firm Inc. PO Box 156 Everett, WA 98206-0156** | | **Forest Practice Consulting** | | | | **$1,716.22** |
| **Sound Publishing Inc. 11323 Commando Rd W Everett, WA 98204** | | **Public Notice Publishing** | | | | **$110.25** |
| **Trinity Real Estate 3720 Carillon Point Kirkland, WA 98033** | | **Broker Services** | **Contingent Unliquidated Disputed** | | | **$11,637.50** |
| **Washington State Dept. Ecology PO Box 47611 Olympia, WA 98504-7611** | | **Water Quality Program/Stormwa ter Construction Permit** | | | | **$2,216.00** |

**Fill in this information to identify the case:**

Debtor name    **Frognal Holdings, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*...........................................................   $   **30,800,000.00**

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*........................................................   $   **121,624.10**

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.........................................................   $   **30,921,624.10**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **10,325,493.84**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $   **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$   **976,737.46**

4. **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b                                $   **11,302,231.30**

Debtor name   **Frognal Holdings, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Union Bank** | **Checking** | 8218 | $48.73 |
| 3.2. | **Union Bank** | **Money Market** | 8723 | $205.76 |
| 3.3. | **US Bank** | **Checking** | 0309 | $481.61 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $736.10 |
|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

8.1.  **Legal Retainer**                                                                              $70,888.00

9.    **Total of Part 2.**                                                                  |  $70,888.00  |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **3,100,340.40**    -    **3,100,340.40**    =....    **Unknown**
                          face amount              doubtful or uncollectible accounts
               **Intercompany Receivables - $3,098,340.40; Due from Abdul Latif Lakhani - $2,000.00**

12.    **Total of Part 3.**                                                                 |  $0.00  |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **13500 60th Avenue W Edmonds, WA 98026**<br><br>**Proposed 112-lot residential subdivision**<br><br>**10-03-18 - $27,200,000.00 10-18-19 - $24,600,000.00 03-2020 - $30,000,000.00 (per potential lender)** | 100% owner | Unknown | Appraisal | $30,800,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$30,800,000.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes Fill in the information below.

Current value of debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Claim for return of deposit.  Silver Arch Capital LLC is improperly retaining a deposit with respect to financing that was being contemplated but was never provided.**               **$50,000.00**

| Nature of claim | Claim for turnover |
|---|---|
| Amount requested | **$50,000.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                  **$50,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $736.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $70,888.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $30,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $50,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $121,624.10 | + 91b. $30,800,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $30,921,624.10 |

**Fill in this information to identify the case:**

Debtor name    **Frognal Holdings, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim** <br><br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Shaughnessy Capital LLC** | | | $10,309,406.00 | $30,800,000.00 |
|---|---|---|---|---|---|

**2.1   Shaughnessy Capital LLC**
Creditor's Name

**333 Mamaroneck Ave #291
White Plains, NY 10605**
Creditor's mailing address

**brose@mb2management.com**
Creditor's email address, if known

Date debt was incurred
**05/23/17 (asserted balance as of 07/15/20)**
Last 4 digits of account number
**2MB2**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**13500 60th Avenue West
Edmonds, WA 98026**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

         **Amount of claim** $10,309,406.00    **Value of collateral** $30,800,000.00

**2.2   Snohomish Cty. Treasurer**
Creditor's Name
**M/S #501
3000 Rockefeller Ave.
Everett, WA 98201**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**13500 60th Avenue West
Edmonds, WA 98026**

Describe the lien
**Real Property Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

         **Amount of claim** $16,087.84    **Value of collateral** $30,800,000.00

---

Official Form 206D      **Schedule D: Creditors Who Have Claims Secured by Property**      page 1 of 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Frognal Holdings, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $10,325,493.84 |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Case 20-11966-TWD    Doc 1    Filed 07/23/20    Ent. 07/23/20 12:04:37    Pg. 15 of 40

Debtor name **Frognal Holdings, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**16525 Ash Way, LLC**<br>**1610 SE Everett Mall Way**<br>**Everett, WA 98208**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Intercompany Payable**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$207,560.27** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Abdul John Lakhani**<br>**1610 SE Everett Mall Way**<br>**Everett, WA 98208**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$59,762.13** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Aero Construction**<br>**PO Box 295**<br>**Snohomish, WA 98291**<br><br>Date(s) debt was incurred  **May 2019; May 2020**<br><br>Last 4 digits of account number  **OG10** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$27,799.80** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Allegro at Ash Creek, LLC**<br>**1610 SE Everett Mall Way**<br>**Everett, WA 98208**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Intercompany Payable**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$1,500.00** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,749.00 |
|---|---|---|---|

**Anthem**
**1610 SE Everett Mall Way**
**Everett, WA 98208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,302.72 |
|---|---|---|---|

**Associated Earth Sciences, Inc**
**911 Fifth Ave, Suite 100**
**Kirkland, WA 98033**

Date(s) debt was
incurred  **October 2019-June 2020**

Last 4 digits of account number  **H001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Geotechnical Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,536.48 |
|---|---|---|---|

**Bill's Blueprint, Inc.**
**2920 Rockafeller Ave**
**Everett, WA 98201**

Date(s) debt was
incurred  **August 2019 to present**

Last 4 digits of account number  **0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Printing/Reproductions**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,088.81 |
|---|---|---|---|

**BPH Development Group, LLC**
**1610 SE Everett Mall Way**
**Everett, WA 98208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.10 |
|---|---|---|---|

**Chicago Title of Washington**
**1111 Third Avenue, Suite 320**
**Seattle, WA 98101**

Date(s) debt was incurred  **July 2019**

Last 4 digits of account number  **3325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ALTA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.00 |
|---|---|---|---|

**Earth Solutions NW LLC**
**15365 NE 90th Street, Suite 10**
**Redmond, WA 98052**

Date(s) debt was incurred  **February 2020**

Last 4 digits of account number  **2673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Environmental Site Assessment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,923.87 |
|---|---|---|---|

**Integral Northwest Corp**
**1610 SE Everett Mall Way**
**Everett, WA 98208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany Payable**

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**Integral Northwest Corp**
**1610 SE Everett Mall Way**
**Everett, WA 98208**

Date(s) debt was incurred  **07/21/20**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan for legal retainer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,379.50 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**Kamil Lakhani**
**1610 SE Everett Mall Way**
**Everett, WA 98208**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,793.75 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**Land Technologies**
**18820 3rd Ave NE**
**Arlington, WA 98223**

Date(s) debt was
incurred  **November 2017 to present**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Engineering/Permitting**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,757.50 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**Metron and Associates, Inc.**
**307 N. Olympic, Suite 205**
**Arlington, WA 98223**

Date(s) debt was incurred  **October 2018,**
**December 2018, March 2019**

Last 4 digits of account number  **6110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Land Surveying, Mapping, Planning**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,519.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**North Peak Associates, LLC**
**10512 NE 140th St.**
**Kirkland, WA 98034**

Date(s) debt was incurred  **May 2019**

Last 4 digits of account number  **1864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Survey**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,928.49 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**Oseran Hahn, PS**
**10900 NE Fourth St, Suite 1430**
**Bellevue, WA 98004**

Date(s) debt was incurred  **June 2019 to May 2020**

Last 4 digits of account number  **025M**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,040.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**Paul Jay Landscape Architect**
**2917 East Division**
**Mount Vernon, WA 98274**

Date(s) debt was incurred  **February 2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landscape Design**

Is the claim subject to offset? ■ No  ☐ Yes

**3.19**

Nonpriority creditor's name and mailing address

**Perkl Properties, LLC**
**9725 32nd St SE**
**Lake Stevens, WA 98258**

Date(s) debt was incurred **March 2019 to present**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Owners Representative/Project Management**

Is the claim subject to offset? ☑ No ☐ Yes

**$34,853.32**

---

**3.20**

Nonpriority creditor's name and mailing address

**Robert A. Underhill PC**
**601 Union Street, Suite 3300**
**Seattle, WA 98101**

Date(s) debt was incurred **May 2020**

Last 4 digits of account number **AL10**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tax Accounting Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$8,346.25**

---

**3.21**

Nonpriority creditor's name and mailing address

**S.A. Newman Firm Inc.**
**PO Box 156**
**Everett, WA 98206-0156**

Date(s) debt was
incurred **January 2019, January 2020**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Forest Practice Consulting**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,716.22**

---

**3.22**

Nonpriority creditor's name and mailing address

**Shergar Land Corp.**
**1610 SE Everett Mall Way**
**Everett, WA 98208**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Easement**

Is the claim subject to offset? ☑ No ☐ Yes

**$77,659.50**

---

**3.23**

Nonpriority creditor's name and mailing address

**Sound Publishing Inc.**
**11323 Commando Rd W**
**Everett, WA 98204**

Date(s) debt was incurred **October 2019**

Last 4 digits of account number **0050**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Public Notice Publishing**

Is the claim subject to offset? ☑ No ☐ Yes

**$110.25**

---

**3.24**

Nonpriority creditor's name and mailing address

**Trinity Real Estate**
**3720 Carillon Point**
**Kirkland, WA 98033**

Date(s) debt was incurred **May 2020**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Broker Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$11,637.50**

---

**3.25**

Nonpriority creditor's name and mailing address

**Washington State Dept. Ecology**
**PO Box 47611**
**Olympia, WA 98504-7611**

Date(s) debt was incurred **August 2019**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Water Quality Program/Stormwater Construction Permit**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,216.00**

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $     0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $     976,737.46 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $     976,737.46 |

Debtor name **Frognal Holdings, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

### Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Aero Construction**<br>**PO Box 295**<br>**Snohomish, WA 98291** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Geotechnical Services** |
| State the term remaining | |
| List the contract number of any government contract | **Associated Earth Sciences**<br>**2911 1/2 Hewitt Ave, Ste. 2**<br>**Everett, WA 98201** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Environmental Site Assessment** |
| State the term remaining | |
| List the contract number of any government contract | **Earth Solutions NW LLC**<br>**15365 NE 90th Street, Suite 10**<br>**Redmond, WA 98052** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Engineering Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Land Technologies**<br>**18820 3rd Ave NE**<br>**Arlington, WA 98223** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Land Surveying, Mapping, Planning** | |
|---|---|---|---|
| | State the term remaining | | **Metron and Associates, Inc.** |
| | List the contract number of any government contract | | **307 N. Olympic, Suite 205** **Arlington, WA 98223** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Survey** | |
|---|---|---|---|
| | State the term remaining | | **North Peak Associates, LLC** |
| | List the contract number of any government contract | | **10512 NE 140th St.** **Kirkland, WA 98034** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Owners Representative/Project Management** | |
|---|---|---|---|
| | State the term remaining | | **Perkl Properties, LLC** |
| | List the contract number of any government contract | | **9725 32nd St SE** **Lake Stevens, WA 98258** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Forest Practice Consulting** | |
|---|---|---|---|
| | State the term remaining | | **S.A. Newman Firm Inc.** |
| | List the contract number of any government contract | | **PO Box 156** **Everett, WA 98206-0156** |

Debtor name **Frognal Holdings, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Shergar Land Corp** | **Shergar hypothecated real property as additional collateral for the loan to the Debtor** | **Shaughnessy Capital LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Debtor name  **Frognal Holdings, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **8/01/2020** to **Filing Date** | ■ Operating a business<br>    **See attached for fiscal year operating revenues**<br>■ Other | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|
   | **Shaughnessy Capital LLC**<br>**333 Mamaroneck Ave #291**<br>**White Plains, NY 10605** | **13500 60th Avenue W**<br>**Edmonds, WA 98026**<br>**Foreclosure pending as of Petition Date** | | $30,800,000.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bush Kornfeld LLP**<br>**601 Union St., #5000**<br>**Seattle, WA 98101-2373** | | **July 16, 2020** | **$1,815.00** |
| | Email or website address<br>**bskd.com** | | | |
| | Who made the payment, if not debtor?<br>**Integral NW Corp (on behalf of Debtor)** | | | |
| 11.2. | **Bush Kornfeld LLP**<br>**601 Union St., #5000**<br>**Seattle, WA 98101-2373** | | | **$9,112.00** |
| | Email or website address<br>**bskd.com** | | | |
| | Who made the payment, if not debtor?<br>**Frognal Holdings, LLC and Integral NW (on behalf of Debtor)** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **8115 Broadway, Suite 204 Everett, WA 98203** | **1993 to 04/01/20** |

---

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Case 20-11966-TWD   Doc 1   Filed 07/23/20   Ent. 07/23/20 12:04:37   Pg. 27 of 40

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Kristi Baird dba Axis Admin Svcs**<br>**10106 177th Ave NE**<br>**Redmond, WA 98052** | **September 2015 to present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Robert A. Underhill PC**<br>**60 Union Street, Suite 3300**<br>**Seattle, WA 98101** | **2010 to present** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Kristi Baird dba Axis Admin Svcs**<br>**10106 177th Ave NE**<br>**Redmond, WA 98052** |  |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.    **Silver Arch Capital Partners LLC**<br>**411 Hackensack Avenue, Suite 80**<br>**Hackensack, NJ 07601** |

**27. Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
|  |  |  |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Integral Northwest Corp** | | **Manager** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Grosvener Pacific Holdings, Inc.** | | **Member** | **90.1** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **The Eternal Sapling, LLC** | | **Member** | **9.9** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| **Grosvenor Pacific Holdings, Inc.** | EIN:    **91-1939054** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 23, 2020**

**/s/ Abdul Latif Lakhani**                              **Abdul Latif Lakhani**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President of Integral Northwest Corporation, Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS 1**

Gross Income

Fiscal year runs from 08/01 to 07/31

08/01/19-Petition Date - $0.00

08/01/18 to 07/31/19 - $252,626.24

08/01/17 to 07/31/18 - $0.00

# United States Bankruptcy Court
## Western District of Washington

In re **Frognal Holdings, LLC**

Case No. _____

Debtor(s)

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Preparation of a plan and disclosure statement and negotiations with creditors regarding the same.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 23, 2020**

*Date*

**/s/ Christine M. Tobin-Presser**

**Christine M. Tobin-Presser**
*Signature of Attorney*
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110  Fax: (206) 292-2104**
**ctobin@bskd.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Western District of Washington

In re  **Frognal Holdings, LLC** _____ Case No. _____
                                      Debtor(s)        Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Grovsenor Pacific Hdgs, Inc.** | | **90.1%** | **Membership** |
| **The Eternal Sapling, LLC** | | **9.9** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **President of Integral Northwest Corporation, Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 23, 2020** _____ Signature  **/s/ Abdul Latif Lakhani**
                                                     **Abdul Latif Lakhani**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re  **Frognal Holdings, LLC**                                     Case No.

Debtor(s)      Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of Integral Northwest Corporation, Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 23, 2020**                          **/s/ Abdul Latif Lakhani**

**Abdul Latif Lakhani**/**President of Integral Northwest Corporation, Manager**
Signer/Title

US ATTORNEY
ATTN BANKRUPTCY ASSISTANT
700 STEWART STREET
ROOM 5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


COMMODITY FUTURES TRADING
1155 21ST ST NW
WASHINGTON, DC 20581


SECURITIES & EXCHANGE COMM
OFFICE OF REORGANIZATION
444 S FLOWER ST. #900
LOS ANGELES, CA 90071


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046


WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104

```
CHRISTINE M. TOBIN-PRESSER
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


FROGNAL HOLDINGS, LLC
1610 EVERETT MALL WAY
EVERETT, WA 98208


16525 ASH WAY, LLC
1610 SE EVERETT MALL WAY
EVERETT, WA 98208


ABDUL JOHN LAKHANI
1610 SE EVERETT MALL WAY
EVERETT, WA 98208


AERO CONSTRUCTION
PO BOX 295
SNOHOMISH, WA 98291


ALLEGRO AT ASH CREEK, LLC
1610 SE EVERETT MALL WAY
EVERETT, WA 98208


ANTHEM
1610 SE EVERETT MALL WAY
EVERETT, WA 98208


ASSOCIATED EARTH SCIENCES
2911 1/2 HEWITT AVE, STE. 2
EVERETT, WA 98201


ASSOCIATED EARTH SCIENCES, INC
911 FIFTH AVE, SUITE 100
KIRKLAND, WA 98033


BILL'S BLUEPRINT, INC.
2920 ROCKAFELLER AVE
EVERETT, WA 98201


BPH DEVELOPMENT GROUP, LLC
1610 SE EVERETT MALL WAY
EVERETT, WA 98208
```

```
CHICAGO TITLE OF WASHINGTON
1111 THIRD AVENUE, SUITE 320
SEATTLE, WA 98101


EARTH SOLUTIONS NW LLC
15365 NE 90TH STREET, SUITE 10
REDMOND, WA 98052


INTEGRAL NORTHWEST CORP
1610 SE EVERETT MALL WAY
EVERETT, WA 98208


KAMIL LAKHANI
1610 SE EVERETT MALL WAY
EVERETT, WA 98208


LAND TECHNOLOGIES
18820 3RD AVE NE
ARLINGTON, WA 98223


METRON AND ASSOCIATES, INC.
307 N. OLYMPIC, SUITE 205
ARLINGTON, WA 98223


NORTH PEAK ASSOCIATES, LLC
10512 NE 140TH ST.
KIRKLAND, WA 98034


OSERAN HAHN, PS
10900 NE FOURTH ST, SUITE 1430
BELLEVUE, WA 98004


PAUL JAY LANDSCAPE ARCHITECT
2917 EAST DIVISION
MOUNT VERNON, WA 98274


PERKL PROPERTIES, LLC
9725 32ND ST SE
LAKE STEVENS, WA 98258


ROBERT A. UNDERHILL PC
601 UNION STREET, SUITE 3300
SEATTLE, WA 98101
```

```
S.A. NEWMAN FIRM INC.
PO BOX 156
EVERETT, WA 98206-0156


SHAUGHNESSY CAPITAL LLC
333 MAMARONECK AVE #291
WHITE PLAINS, NY 10605


SHERGAR LAND CORP


SHERGAR LAND CORP.
1610 SE EVERETT MALL WAY
EVERETT, WA 98208


SNOHOMISH CTY. TREASURER
M/S #501
3000 ROCKEFELLER AVE.
EVERETT, WA 98201


SOUND PUBLISHING INC.
11323 COMMANDO RD W
EVERETT, WA 98204


TRINITY REAL ESTATE
3720 CARILLON POINT
KIRKLAND, WA 98033


WASHINGTON STATE DEPT. ECOLOGY
PO BOX 47611
OLYMPIA, WA 98504-7611
```

# United States Bankruptcy Court
## Western District of Washington

In re **Frognal Holdings, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Frognal Holdings, LLC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 23, 2020**
Date

**/s/ Christine M. Tobin-Presser**
**Christine M. Tobin-Presser**
Signature of Attorney or Litigant
Counsel for   **Frognal Holdings, LLC**
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110 Fax:(206) 292-2104**
**ctobin@bskd.com**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy